**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**TRANSAMERICA ANNUITY SERVICE
CORPORATION, ET AL**                                        **PLAINTIFFS**

**vs**                                              **CIVIL ACTION NO. 3:08CV-644-S**

**NATIONAL UNION FIRE INSURANCE
COMPANY, ET AL**                                        **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on the motion of the plaintiffs for attorneys' fees and expenses (DN# 30). The plaintiffs' entitlement to such an award is not contested, although National Union and Fire Insurance Company has objected to certain claims.

Upon review, the Court concludes that certain of the claims are in need of revision, including communications between plaintiffs' counsel and plaintiffs, which are viewed as within the normal conduct of the plaintiffs' business activities.

The Court believes that upon analysis, the following revisions are appropriate: 1) time charges for SRP are reduced by 4 hours, 2) time charges for KBR are reduced by 12 hours, and 3) time charges for #AW are reduced by 11 hours. Accordingly, the amount allowed for attorneys' fees is $15,586.10.

The Court also believes that the amount charged for Westlaw research should be reduced by one-half, such that the total amount for expenses is awarded in the sum of $1,351.06, for a grand total of $16,937.16.

**IT IS SO ORDERED** that costs, attorneys' fees and expenses are awarded to the plaintiffs to be paid from the interpleaded funds by the Clerk of Court.

May 17, 2012

                                                               **Charles R. Simpson III, Judge
United States District Court**

cc:      Counsel of Record
          Finance